# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-10401
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 17, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DOUGLAS RILEY MOORE,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:14-CR-239-1

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Douglas Riley Moore has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Moore has filed a response, in which he moves to dismiss counsel. The record is not sufficiently developed to allow us to make a fair evaluation of Moore's claim of ineffective assistance of counsel; we therefore decline to consider the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

claim without prejudice to collateral review.  *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Moore's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.  Moore's pro se motion to dismiss counsel is DENIED.